## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| William Victor Binger, III, | Bankruptcy No. 17-42972 |
| Patricia Ione Binger, | Chapter 7 Case |
| Debtors. | |

Erik A. Ahlgren, Trustee

        Plaintiff,

vs.                                                                             Adv Proc No. 19-04214

William F. Binger,

        Defendant.

## CERTIFICATE OF SERVICE

    I, Lisa Ahlgren, declare under penalty of perjury that on September 3, 2019, she caused to be served the following documents in connection with the above referenced case:

Summons and Complaint

By sending true and correct copies via USPS postage pre-paid to:

William F. Binger
1143 Honeysuckle Lane SE
Cambridge MN 55008

| | |
|---|---|
| Executed on: September 3, 2019 | Signed: /e/Lisa Ahlgren |
| | Lisa Ahlgren |
| | 220 W. Washington Ave, Ste 105 |
| | Fergus Falls, MN  56537 |